UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO VIDAL-VERDECIA, | CASE NO. C26-0433JLR |
| Petitioner, | ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

On January 30, 2026, *pro se* Petitioner Alfredo Vidal-Verdecia filed a proposed petition for writ of habeas corpus. (Prop. Pet. (Dkt. # 1).) On February 5, 2026, the Clerk informed Petitioner that he had not paid the filing fee for his petition. (2/5/26 Not. (Dkt. # 2).) The Clerk set a March 9, 2026 deadline for Petitioner to either pay the filing fee or submit an in forma pauperis application. (*Id*.) Petitioner did not respond to the notice of filing deficiency. (*See generally* Dkt.)

//

//

ORDER - 1

Accordingly, the court DISMISSES Petitioner's proposed petition (Dkt. # 1) and this action without prejudice.

Dated this 30th day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2